1  STANLEY H. STONE (No. 37037)
   STONE & STONE
2  15821 Ventura Blvd., Suite 245
   Encino, CA 91436
3  Tel. (818) 906-2727; FAX (818) 906-2777

4  
   ROBERT W. CONTI (No. 137307)
5  SCOTT & WHITEHEAD
   1301 Dove Street, Suite 1000
6  Newport Beach, CA 92660
   Tel. (949) 222-0166; FAX (949) 222-0113
7  

8  Attorneys for Plaintiffs DEBORAH WOODS
   and STEVEN STERBACK
9  
   DAVID J. REIS (No. 155782)
10 email: dreis@howardrice.com
   DAVID A. PRAHL (No. 233583)
11 HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
   A Professional Corporation
12 Three Embarcadero Center, 7th Floor
   San Francisco, California 94111-4024
13 Tel. 415/434-1600; FAX 415/217-5910

14 
   Attorneys for Defendants
15 DC-3 ENTERTAINMENT, LLLP; JON PHELPS; and ESTHER PHELPS

16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18                 SAN FRANCISCO DIVISION

19

| | |
|---|---|
| DEBORAH WOODS, a California Resident; STEVEN STERBACK, a California Resident, | No.   C05-02287 MJJ |
| Plaintiffs, | STIPULATION EXTENDING TIME IN WHICH TO RESPOND TO COMPLAINT |
| v. | Granted |
| DC-3 ENTERTAINMENT, LLLP, a Florida Limited Liability Limited Partnership; JON PHELPS, a Washington Resident; ESTHER PHELPS, a Washington Resident, | |
| Defendants. | |

STIPULATION EXTENDING TIME
IN WHICH TO RESPOND TO COMPLAINT
(C05-02287MJJ) - 1
{62439.DOC}

IT IS HEREBY stipulated by the parties, through their undersigned counsel, that Defendants DC-3 Entertainment, LLLP, Jonathan Phelps and Esther Phelps shall answer or otherwise respond to Plaintiffs Deborah Woods's and Steven Sterback's Complaint on or before August 26, 2005.

Dated: August __, 2005.

_____
Stanley H. Stone, SBN # 37037
STONE & STONE

Attorney for Plaintiffs

Dated August 22, 2005.

_____
David J. Reis, SBN # 155782
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN

Attorney for Defendants

8/25/2005

[SEAL: United States District Court, Northern District of California — Judge Martin J. Jenkins]

STIPULATION EXTENDING TIME
IN WHICH TO RESPOND TO COMPLAINT
(C05-02287MJJ) - 2
{62441.DOC}