E-filing

1  O. YALE LEWIS, JR. (*Pro Hac Vice* Application Pending)
2  email: oyl@hllaw.com
   STACIA N. LAY (*Pro Hac Vice* Application Pending)
3  email: sl@hllaw.com
   WHITNEY I. FURMAN (*Pro Hac Vice* Application
4  Pending)
   email: wif@hllaw.com
5  HENDRICKS & LEWIS
   999 Third Avenue, Suite 2675
6  Seattle, Washington 98104
   Telephone:   206/624-1933
7  Facsimile:    206/583-2716

8  DAVID J. REIS (No. 155782)
   email: dreis@howardrice.com
9  DAVID A. PRAHL (No. 233583)
   email: dprahl@howardrice.com
10 HOWARD RICE NEMEROVSKI CANADY FALK &
       RABKIN
11 A Professional Corporation
   Three Embarcadero Center, 7th Floor
12 San Francisco, California 94111-4024
   Telephone:   415/434-1600
13 Facsimile:    415/217-5910

14 Attorneys for Defendants
   DC-3 ENTERTAINMENT, LLLP; JON PHELPS; and
15 ESTHER PHELPS

**FILED**

DEC 1 4 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

16
17                UNITED STATES DISTRICT COURT
18                NORTHERN DISTRICT OF CALIFORNIA
19                    SAN FRANCISCO DIVISION

20 DEBORAH WOODS and STEVEN           No. C-05-02287 MJJ
   STERBACK,
21                                    **Action Filed:**
             Plaintiffs,
22                                    [~~PROPOSED~~] STIPULATION AND
        v.                            ORDER TO POSTPONE MEDIATION
23
   DC-3 ENTERTAINMENT, LLLP; JON
24 PHELPS; and ESTHER PHELPS,

25           Defendants.

26
27
28

{64886.DOC}            [PROPOSED] STIPULATION AND ORDER TO POSTPONE MEDIATION   C-05-02287
                                        -1-

# STIPULATION

Plaintiffs Deborah Woods and Steven Sterback and Defendants DC-3 Entertainment, LLLP and Jonathan and Esther Phelps hereby jointly move to postpone the mediation currently set for December 14, 2005, until thirty days following either the entry of the judgment or dismissal pursuant to agreement in the matter of *DC3 Entm't, LLC v. John Galt Entm't, Inc., David Kershenbaum and Timmi DeRosa Kershenbaum*, CV04-2374C (W.D. Wash.), which counsel for Plaintiffs and Defendants are both involved. The trial of *DC3 Entm't, LLC v. John Galt Entm't, Inc., et. al.*, CV04-2374C (W.D. Wash.) is currently scheduled for February 6, 2006 and involves related issues and parties to the current case, after which mediation is expected to be more useful.

The parties submit this request in good faith and not for purposes of delay.

DATED: December 9, 2005.

O'YALE LEWIS, JR.
STACIA A. LAY
WHITNEY I. FURMAN
HENDICKS & LEWIS

By: _____/s/_____
O'YALE LEWIS
Attorneys for Defendants DC-3 ENTERTAINMENT, LLLP; JON PHELPS; and ESTHER PHELPS

DATED: December 9, 2005.

STANLEY H. STONE
STEVEN H. STONE
STONE & STONE

By: _____/s/_____
STANLEY H. STONE
Attorneys for Plaintiffs DEBORAH WOODS and STEVEN STERBACK

1  DATED: December 9, 2005.

DAVID J. REIS
DIPANWITA DEB AMAR
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation

By: _____/s/_____
DAVID J. REIS
Attorneys for Defendants DC-3
ENTERTAINMENT, LLLP; JON PHELPS; and
ESTHER PHELPS

## ORDER

Based on the above Stipulation,

IT IS ORDERED that mediation between Plaintiffs Deborah Woods and Steven Sterback and Defendants DC-3 Entertainment, LLLP, Jonathan Phelps and Esther Phelps shall be postponed until thirty days following the entry of the judgment in the matter of *DC3 Entm't, LLC v. John Galt Entm't, Inc., David Kershenbaum and Timmi DeRosa Kershenbaum*, CV04-2374C (W.D. Wash.).

DATED this 13 day of December, 2005.

_____
The Honorable Martin J. Jenkins
United States District Judge