UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WOODS,<br><br>    Plaintiff(s),<br><br>    v.<br><br>DC-3 ENTERTAINMENT, LLP, et al.,<br><br>    Defendant(s). | No. C 05-2287 MJJ (BZ)<br><br>**ORDER SCHEDULING TELEPHONIC CONFERENCE RE DISCOVERY DISPUTES** |

Having read defendant's moving papers. **IT IS HEREBY ORDERED** that the plaintiff shall set forth its position on the discovery disputes at issue in a letter of <u>not</u> more than two pages to be served and filed by **4:00 p.m. on March 20, 2006. IT IS FURTHER ORDERED**, that a telephonic conference is scheduled for **Wednesday, March 22, 2006, at 3:00 p.m.,** to discuss the discovery disputes currently at issue. Counsel for defendant shall contact counsel for plaintiff and call chambers at **(415) 522-4093.**

Dated: March 17, 2006

                                                                      Bernard Zimmerman
                                                   United States Magistrate Judge

G:\BZALL\-REFS\WOODS\DISCOVERY.ORDER.2.wpd

1