UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WOODS,<br><br>            Plaintiff(s),<br><br>       v.<br><br>DC-3 ENTERTAINMENT, LLP,<br>et al.,<br><br>            Defendant(s). | No. C 05-2287 MJJ (BZ)<br><br>**SCHEDULING ORDER** |

Following a telephonic discovery conference on March 22, 2006, **IT IS HEREBY ORDERED** that the parties are to meet and confer in person, on or proximate to **March 30, 2006**, in good faith and in accordance with my initial discovery order to attempt to resolve the issues raised in defendant's Motion to Compel filed March 7, 2006.  If the parties are unable to resolve their disputes, the party with custody must lodge with the court a copy of the transcript or recording of their meet and confer session by **April 3, 2006**.

    **IT IS FURTHER ORDERED** that if the parties are unable to

1

resolve their disputes, defendant must submit to the court a letter either re-noticing the motion as submitted or containing revisions to the contested Requests for Production by **April 3, 2006**. Any opposition to defendant's motion must be filed by **April 12, 2006.** Any reply must be filed by **April 18, 2006**. The court will then schedule a hearing if it concludes one is necessary.

Dated: March 23, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\WOODS\SCHED.ORDER.wpd