1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11   DEBORAH WOODS,               )
                                  )
12            Plaintiff(s),       )      No. C 05-2287 MJJ (BZ)
                                  )
13       v.                       )      **ORDER COMPELLING DISCOVERY**
                                  )
14   DC-3 ENTERTAINMENT, LLP,     )
     et al.,                      )
15                                )
              Defendant(s).       )
16                                )
     _____ )

17

18        Defendant DC-3 Entertainment moves this Court to compel

19   plaintiffs to produce documents responsive to restated request

20   for production number 5 (regarding damages) and numbers 12 and

21   13 (regarding phone records).

22        Having reviewed and considered the moving and opposition

23   papers, and all other matters presented to the Court, I find

24   no need for argument.  Good cause appearing, **IT IS HEREBY**

25   **ORDERED** that defendant's motion to compel is **GRANTED** as

26   follows:

27        By **May 10, 2006** plaintiffs shall:

28             (a)  Produce documents responsive to request number

                                   1

1  5 for the time period January 2002 through to the present;

2  plaintiffs will be precluded from introducing at trial any

3  documents in support their damages claims that are not

4  produced to defendants in response to this Order, unless they

5  were earlier produced;

6          (b) Produce documents responsive to request numbers

7  12 and 13 with names and other identifying information

8  redacted, except as to calls made to and from the Kershenbaums

9  and the defendants and calls to and from any other person in

10  which issues relevant to the claims and defenses asserted in

11  this litigation were discussed.

12  Dated: April 21, 2006

13

14                          Bernard Zimmerman
                    United States Magistrate Judge

15

16  G:\BZALL\-REFS\WOODS\DISCOVERY.ORDER.3.wpd

17

18

19

20

21

22

23

24

25

26

27

28