```
LYNNE C. HERMLE (STATE BAR NO. 99779)
JESSICA R. PERRY (STATE BAR NO. 209321)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     650-614-7400
Facsimile:     650-614-7401

Attorneys for Defendants
DC-3 ENTERTAINMENT, LLLP
JON PHELPS, ESTHER PHELPS, DC3E LLLP,
HEARTWORKS STUDIOS, LLC AND DC3
ENTERTAINMENT LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH WOODS, a California Resident; STEVEN STERBACK, a California Resident,<br><br>Plaintiff,<br><br>v.<br><br>DC-3 ENTERTAINMENT, LLLP, a Florida limited liability limited partnership; JON PHELPS, a Washington Resident; ESTHER PHELPS, a Washington Resident; DC3E, LLLP, a Florida limited liability limited partnership; HEARTWORKS STUDIOS, LLC, a Florida limited liability company; DC3 ENTERTAINMENT LLC, a Washington limited liability company,<br><br>Defendants. | Case No.  C-05-02287 MJJ (EDL)<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DC-3 ENTERTAINMENT, LLLP JON PHELPS, ESTHER PHELPS, DC3E LLLP, HEARTWORKS STUDIOS, LLC AND DC3 ENTERTAINMENT LLC**<br><br>AND ORDER |

OHS West:260090836.1

NOTICE OF SUBSTITUTION OF ATTORNEYS
C-05-02287 MJJ (EDL)

# NOTICE OF SUBSTITUTION OF COUNSEL

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT DC-3 Entertainment, LLLP, Jon Phelps, Esther Phelps, DC3E LLLP, Heartworks Studios, LLC, and DC3 Entertainment LLC (collectively "Defendants") have substituted Lynne C. Hermle and Jessica R. Perry of Orrick, Herrington & Sutcliffe LLP as its counsel in the above-entitled case in the place and stead of O. Yale Lewis, Jr., Stacia N. Lay, Whitney I. Furman, and any other appearing attorney of Hendricks & Lewis; and David J. Reis and Dipanwita Deb Amar, and any other appearing attorney of Howard Rice Nemerovski Canady Falk & Rabkin.

The business address and telephone information for Defendants' new counsel in this action is as follows:

> Lynne C. Hermle
> Jessica R. Perry
> Orrick, Herrington & Sutcliffe LLP
> 1000 Marsh Road
> Menlo Park, CA 94025
> Telephone: (650) 614-7400
> Facsimile: (650) 614-7401

All future communications directed to Defendants should be sent to Defendants' new counsel at the address above.

Dated: September 19, 2006

LYNNE C. HERMLE
JESSICA R. PERRY
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/
Jessica R. Perry
Attorneys for Defendants
DC-3 Entertainment, LLLP, Jon Phelps, Esther Phelps, DC3E LLLP, Heartworks Studios, LLC, and DC3 Entertainment LLC

*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*
IT IS SO ORDERED
Judge Martin J. Jenkins
9/20/2006

OHS West:260090836.1

NOTICE OF SUBSTITUTION OF ATTORNEYS
C-05-02287 MJJ (EDL)