STONE & STONE
STANLEY H. STONE (SBN 37037)
15821 Ventura Blvd., Ste. 245
Encino, CA 91436
(818) 906-2727
(818) 906-2777 fax

SCOTT & WHITEHEAD
ROBERT W. CONTI (SBN 137307)
1301 Dove St., Ste. 1000
Newport Beach, CA 92660

Attorneys for Plaintiffs
Deborah Woods and Steven Sterback

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WOODS, a California resident; STEVEN STERBACK, a California resident,<br><br>Plaintiffs,<br><br>vs.<br><br>DC-3 ENTERTAINMENT, LLLP, a Florida limited liability limited partnership; JON PHELPS, a Washington resident; ESTHER PHELPS, a Washington resident,<br><br>Defendants. | Case No.:  C-05-02287 MJJ<br><br>[~~PROPOSED~~] ORDER FOR THE PRODUCTION OF PHONE RECORDS |

IT IS HEREBY ORDERED, based on a showing of good cause, that

Sprint Nextel

Legal Compliance

6480 Sprint Parkway

Overland Park, KS 66251

///

///

1  Shall provide to Stone & Stone at 15821 Ventura Blvd., Suite 245, Encino, CA 91436
2  detailed records to include Cell Site information for the following two cell phone numbers
3  registered to Deborah Woods and/or Steven Sterback: 707-616-5791 and 707-616-4970, for the
4  dates of September 1, 2007, through the present.  Sprint Nextel shall produce the records within 30
5  days of receipt of this order.

8  Dated: 12/11/07

IT IS SO ORDERED

*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

United States District Court, Northern District of California