IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOODS, et al., | No. C-05-02287 MJJ (EDL) |
| Plaintiffs, | **ORDER** |
| v. | |
| DC-3 ENTERTAINMENT LLLP, et al., | |
| Defendants. / | |

On October 3, 2008, the Court held a Further Settlement Conference in this matter. The Court ruled that Plaintiffs have breached the settlement agreement and therefore are not entitled to the remaining funds in the escrow account (although this ruling does not preclude the parties from reaching a further agreement on the funds, if both sides wish to). The Court encourages the parties to resolve the question of visits to Ferndale by stipulation. Defendants shall mail a proposal to Plaintiffs no later than October 10, 2008. Plaintiffs shall respond by mail no later than October 24, 2008. No later than October 31, 2008, the parties shall notify the Court regarding the status of the settlement.

**IT IS SO ORDERED.**

Dated: October 3, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge