IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOODS, et al., | No. C-05-02287 MJJ (EDL) |
| Plaintiff, | **ORDER RE: PLAINTIFFS' OCTOBER 27, 2008 LETTER** |
| v. | |
| DC-3 ENTERTAINMENT LLLP, et al., | |
| Defendant. | |

On October 3, 2008, the Court ordered Defendants to mail a proposal regarding Plaintiffs' visits to Ferndale to Plaintiffs on October 10, 2008, and Plaintiffs to respond by mail on October 24, 2008. Instead of responding to Defendants by the court-ordered deadline, Plaintiffs sent a letter by facsimile to the Court on October 27, 2008. The letter states in full:

> In the settlement case of deb woods and steve sterbeck vs jon and esther phelps I would like to please request additional time in responding to Miss Hermle's proposal as it requires us to seek new councel. [sic] Thank you.

Plaintiffs' request for additional time is denied. Plaintiffs have not shown good cause for waiting until after the court-ordered response deadline to seek an extension of time. Further, Plaintiffs gave no indication at the October 3, 2008 hearing that they would need to consult with legal counsel to respond to Defendants' proposal. Implementation of the settlement of this matter has already been delayed for over two years since the settlement was put on the record in September 2006. Therefore, Plaintiffs shall respond by mail to Defendants' proposal immediately and no later than November 4, 2008. No later than November 12, 2008, the parties shall notify the Court regarding the status of the

settlement.

Plaintiffs are cautioned that attempts to communicate directly with the Court by e-mail or other means are strictly prohibited. In addition, requests to the Court such as those contained in Plaintiffs' October 27, 2008 letter must be copied to Defendants' counsel.

**IT IS SO ORDERED.**

Dated: October 28, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge