IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOODS, et al., | No. C-05-02287 MJJ (EDL) |
| Plaintiff, | **ORDER FOLLOWING DECEMBER 10, 2008 CONFERENCE** |
| v. | |
| DC-3 ENTERTAINMENT LLLP, et al., | |
| Defendant. | |

The Court held a further settlement conference in this matter on December 10, 2008. At that conference, it was agreed that Defendants' counsel would contact Plaintiffs no later than December 12, 2008 regarding a proposal for visits to Ferndale. Plaintiffs shall respond to Defendant's proposal no later than December 18, 2008. The Court anticipates that the parties will resolve this issue without further court intervention. The parties shall notify the Court no later than December 23, 2008 regarding the status of this issue.

**IT IS SO ORDERED.**

Dated: December 12, 2008

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Magistrate Judge