1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WOODS ET AL,

        Plaintiff,

  v.

DC-3 ENTERTAINMENT LLLP ET AL,

        Defendant.

_____/

No. C 05-02287 MEJ

**ORDER TO SHOW CAUSE**

On January 15, 2009, this matter was referred to the undersigned magistrate judge to conduct a settlement conference.  (Dkt. #159.)  Notice of this referral was delivered electronically to Plaintiff's counsel of record, Stanley Stone and Steven Stone.

On January 26, 2009, the matter was scheduled for a settlement conference to take place on May 20, 2009 at 10:00 a.m.  (Dkt. #160.)  Notice was once again electronically delivered to Plaintiff's counsel of record.  Although Defendants came from Seattle for the conference on May 20, neither Plaintiffs nor their counsel appeared.

The Court notes that Plaintiff's counsel filed a Notice of Withdrawal of Counsel on December 16, 2008.  (Dkt. #157.)  However, counsel were never relieved of their duty to represent the plaintiffs by an order of the Court.  *See* Civil Local Rule 11.5.  Accordingly, Plaintiffs' counsel were responsible for informing their clients of the May 20 settlement conference, submitting a settlement statement one week prior to the conference, and attending the settlement conference with their clients.  Plaintiff's counsel failed to submit a statement, failed to attend the May 20 conference,

**United States District Court**
For the Northern District of California

1   and, based on the plaintiffs failure to appear, the Court can only assume that they failed to inform

2   their clients of the conference.

3          Accordingly, the Court hereby ORDERS Plaintiff's counsel of record, Stanley Stone and

4   Steven Stone, to show cause why sanctions should not be imposed, including reimbursement of

5   Defendants' travel expenses and attorney's fees, for failure to comply with their duties as counsel of

6   record before this Court.  Counsel shall file a declaration by June 18, 2009, and the Court shall

7   conduct a hearing on July 2, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate

8   Avenue, San Francisco, California.

9          **IT IS SO ORDERED.**

10

11

12   Dated: May 20, 2009                              _____

13                                                    MARIA-ELENA JAMES
                                                      United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

United States District Court
For the Northern District of California

1

2    UNITED STATES DISTRICT COURT
     FOR THE
3    NORTHERN DISTRICT OF CALIFORNIA

4    WOODS ET AL et al,
                                              Case Number: CV05-02287 MJJ
5             Plaintiff,
                                              **CERTIFICATE OF SERVICE**
6       v.

7    DC-3 ENTERTAINMENT LLLP ET AL et al,

8             Defendant.
     _____/

9

10   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
     Court, Northern District of California.

11
     That on May 20, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said
12   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
     envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
13   in the Clerk's office.

14   Deborah Woods
     Steven Sterback
15   2107 Powell Rd
     Clarksville TN 37043
16

17
     Dated: May 20, 2009
18                                            Richard W. Wieking, Clerk
                                              By: Brenda Tolbert, Deputy Clerk
19

20

21

22

23

24

25

26

27

28

3