IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOODS ET AL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DC-3 ENTERTAINMENT LLLP ET AL,<br><br>　　　　Defendant.　　　　　　　　　／ | No. C 05-02287 MJJ (EDL)<br><br>**ORDER VACATING OSC** |

On May 20, 2009, the Court ordered Plaintiffs' counsel of record, Stanley Stone and Steven Stone, to show cause why sanctions should not be imposed for failure to comply with their duties as counsel of record before this Court. (Dkt. #161.) The Court is now in receipt of Stanley Stone and Steven Stone's declaration in response, filed June 3, 2009. Upon review of the declaration and the procedural history of counsel's involvement in this case since October 3, 2008, it does not appear that sanctions are warranted. Accordingly, the Court hereby VACATES the July 2, 2009 Order to Show Cause hearing.

Further, the Court is also in receipt of Plaintiffs' letter, filed June 4, 2009, in which Plaintiffs state that they intend to ask the undersigned to "reverse all actions ordered by [Magistrate Judge] Laporte." Based on Plaintiffs' letter and the history of this case, it is unclear whether a further settlement conference would be beneficial. Accordingly, the Court shall not schedule anything at this time. The parties shall receive notification from Magistrate Judge Laporte as to how the case shall proceed.

**IT IS SO ORDERED.**

Dated: June 5, 2009

　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

WOODS ET AL et al,

        Plaintiff,

  v.

DC-3 ENTERTAINMENT LLLP ET AL et al,

        Defendant.

Case Number: CV05-02287 MJJ (EDL)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 5, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Deborah Woods
Steven Sterback
2107 Powell Rd
Clarksville TN 37043

Dated: June 5, 2009

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2