```
1  STONE & STONE
   STANLEY H. STONE (SBN 037037)
2  15821 Ventura Blvd., Ste. 245
   Encino, CA 91436
3  (818) 906-2727
   (818) 906-2777 fax
4

5  Attorneys for Plaintiffs
   Deborah Woods, Steven Sterback
6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DEBORAH WOODS, a California resident; STEVEN STERBACK, a California resident,<br><br>Plaintiffs,<br><br>vs.<br><br>DC-3 ENTERTAINMENT, LLLP, a Florida limited liability limited partnership; JON PHELPS, a washington resident; ESTHER PHELPS, a Washington resident,<br><br>Defendants. | Case No.: C-05-02287 MJJ<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL AND SUBSTITUTION OF PLAINTIFFS IN PRO PER AND ORDER**<br><br>Honorable Elizabeth D. LaPorte |
|---|---|

///
///
///
///
///
///
///
///

**PLEASE TAKE NOTICE** that on October 3, 2008, in a court ordered status conference which was held telephonically and recorded digitally by the official court reporter, the plaintiffs informed the court that they no longer wished to have the law firm of Stone & Stone and Stanley Stone represent them in this matter and wished to represent themselves. The court, accepted this representation and requested that the law firm of Stone & Stone prepare this notice.

Respectfully Submitted,

STONE & STONE


By /s/_____
STANLEY H. STONE
Attorneys for Plaintiffs

## ORDER

It is the Order of this Court that the law firm of Stone & Stone and Stanley Stone are relieved as counsel for plaintiffs, and plaintiffs Woods and Sterback are substituted in as their attorneys pro se.

**IT IS SO ORDERED.**

Date: June 26, 2009

Elizabeth D. Laporte
United States Judge Elizabeth D. Laporte